# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Andrea Santolalla Garcia,

                Plaintiff,

vs.

Hennepin Healthcare System, Inc.,
Hennepin County Medical Center and
Giovanni T. Caponi,

                Defendants.

**ORDER**

Civil No. 11-1639 (RHK/SER)

---

On July 12, 2012, Plaintiff Andrea Garcia and Defendants Hennepin Healthcare System, Inc., Hennepin County Medical Center and Giovanni T. Caponi, through their respective counsel, filed a Stipulation (Doc. No. 21) to amend the briefing schedule for filing dispositive motions as referenced in the scheduling order, dated January 10, 2012.  The court, having reviewed the Stipulation hereby orders the following dispositive briefing schedule.

- The moving party will file the Notice of Motion, proposed order, any affidavits and exhibits, and memorandum of law twenty-three (23) days before the scheduled hearing.  For the currently scheduled hearing date of August 30, 2012, the moving party with file the above-noted documents on or before August 7, 2012.

- The responding party will file the memorandum of law, any corresponding exhibits, and affidavit nine (9) days before the scheduled hearing.  For the

currently scheduled hearing date of August 30, 2012, the moving party with file the above-noted documents on or before August 21, 2012.

- If needed, the moving party may file a reply memorandum no later than five (5) days prior to the scheduled hearing. For the currently scheduled hearing date of August 30, 2012, the moving party will file all of the above-noted documents on or before August 24, 2012.

- In all other respects, the scheduling order remains the same.

There will be no further changes to the Scheduling Order.

Dated: July 19, 2012

                                    s/Richard H. Kyle
                                    RICHARD H. KYLE
                                    United States District Judge